NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Terry Fabricant, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AmeriSave Mortgage Corporation, and DOES 1 through 10, inclusive, and each of them,<br><br>    Defendants. | Case No. 2:19-cv-04659-AB-AS<br><br>**ORDER**<br><br>Hon. Judge André Birotte Jr. |

Having considered the Joint Stipulation to Continue Hearing and Specially Set Briefing Schedule on Hans Tiefenthaler's Motion to Intervene and Request to Hold Motion for Preliminary Approval of Class Settlement in Abeyance (Dkt. No. 29), and the Declaration of Becca Wahlquist in support thereof, and good cause appearing, the Court orders as follows:

1. Hans Tiefenthaler's Motion to Intervene and Request to Hold Motion for Preliminary Approval of Class Settlement in Abeyance ("Motion to Intervene," Dkt. No. 28) is continued from March 27, 2020 to April 24, 2020 at 10:00 a.m. before this Court located at 350 West First Street, Los Angeles, CA 90012 - Courtroom 7B.

2. The briefing schedule will be as agreed to by the parties, with Opposition papers to the Motion to Intervene, if any, filed on or before March 13, 2020, and Reply papers supporting the Motion to Intervene, if any, filed on or before March 27, 2020.

3. The March 6, 2020 hearing on Plaintiff's Motion for Preliminary Approval (Dkt. No. 18) is hereby **VACATED** and will be re-set pending the Motion to Intervene.

IT IS SO ORDERED.

Date: March 05, 2020

_____
Hon. André Birotte Jr.

4830-0088-4150