| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Michael J. Boyle, Jr. (CA Bar No. 258560) <br> Meyer Wilson Co., LPA <br> 1320 Dublin Road, Suite 100 <br> Columbus, OH 43215 <br> (614) 224-6000 | |

ATTORNEY(S) FOR: Hans Tiefenthaler

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TERRY FABRICANT, individually and on behalf of others similarly situated <br><br> Plaintiff(s), <br> v. <br> AMERISAVE MORTGAGE CORPORATION <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:19-cv-04659 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Proposed Intervenor Hans Tiefenthaler_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| HANS TIEFENTHALER | Member of the class that is proposed to be settled. |

| 03/10/2020 | /s/ Michael J. Boyle, Jr. |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Proposed Intervenor Hans Tiefenthaler