UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Terry Fabricant, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AmeriSave Mortgage Corporation, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 2:19-cv-04659-AB-AS<br><br>Hon. Judge André Birotte Jr.<br>(Ctrm 7B)<br><br>[~~PROPOSED~~] **ORDER CONTINUING HEARING FROM APRIL 24, 2020 TO MAY 1, 2020** |

1  Having considered the Joint Stipulation to Continue Hearing on Motion to
2  Intervene from April 24, 2020 to May 1, 2020, and the Declaration of Becca
3  Wahlquist in support thereof, and good cause appearing, the Court orders as
4  follows:
5      1.    The hearing on Hans Tiefenthaler's Motion to Intervene and Request
6  to Hold Motion for Preliminary Approval of Class Settlement in Abeyance
7  ("Motion to Intervene") is continued from April 24, 2020, to May 1, 2020, at 10:00
8  a.m. before this Court located at 350 West First Street, Los Angeles, CA 90012 -
9  Courtroom 7B.
10     2.    The briefing schedule will be as established in this Court's March 5,
11 2020 Order.

13     IT IS SO ORDERED.

15 Date:_March 11, 2020              _____
16                                 Hon. Andre Birotte, Jr.

17 4831-5052-3318